**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Orlando DUNCAN, Defendant—
Appellant.**

No. 04–6050.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2004.

Decided: April 27, 2004.

Orlando Duncan, Appellant pro se.

Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILKINSON, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando Duncan appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Duncan,* No. CR–02–86, 2002 WL 31546131 (E.D.N.C. Oct. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*